UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 13, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAROD GIBBONS,<br><br>Defendant. | Case No. 2:15-mj-00041-AC<br><br>ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SHAROD GIBBONS Case No. 2:15-mj-00041-AC  Charge  18 USC § 371, 922(a)(1)(A), 26 USC § 5861(d) from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

__X__   Bail Posted in the Sum of $ _____

    __X__   Unsecured Appearance Bond $  50,000.00

    \_\_\_\_\_   Appearance Bond with 10% Deposit

    \_\_\_\_\_   Appearance Bond with Surety

    \_\_\_\_\_   Corporate Surety Bail Bond

    \_\_\_\_\_   (Other): Unsecured appearance bond co-signed by

    __X__   Arnold Thrower. Pretrial conditions as stated on the record in open court.

Issued at Sacramento, California on March 13, 2015 at 2:00 PM

By: _/s/ Kendall J. Newman_

Magistrate Judge Kendall J. Newman