```
BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```



FILED
SEP 18 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0158-JAM |
| Plaintiff, | VIOLATION: 18 U.S.C. § 922(a)(1)(A) – Unlawful Manufacturing and Dealing in Firearms; 26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm |
| v. | |
| BRYCE BEAVER, CHARLES BEAVER, and SHAROD GIBBONS, | |
| Defendants. | |

## S E C O N D   S U P E R S E D I N G   I N F O R M A T I O N

COUNT ONE:   [18 U.S.C. § 922(a)(1)(A) – Unlawful Manufacturing and Dealing in Firearms]

The United States Attorney charges:  T H A T

CHARLES BEAVER, and
SHAROD GIBBONS

defendants herein, between on or about August 12, 2013, and continuing until or about February 26, 2014, in Sacramento County, State and Eastern District of California, not being licensed to manufacture and deal firearms as described in, Title 18, United

1 | States Code, Section 923, did willfully engage in the business of
2 | manufacturing and dealing in firearms, all in violation of Title 18,
3 | United States Code, Section 922(a)(1)(A).

4 | COUNT TWO:     [26 U.S.C. § 5861(d) - Possession of an Unregistered Firearm]

6 | The United States Attorney further charges: THAT

7 | BRYCE BEAVER,
8 | defendant herein, on or about February 26, 2014, in Sacramento
9 | County, State and Eastern District of California, did knowingly
10 | possess a firearm not registered to him in the National Firearms
11 | Registration and Transfer Record, namely one AR-15-style short-barrel
12 | rifle with no manufacturer marking and no serial number, in violation
13 | of Title 26, United States Code, Section 5861(d).

15 | DATED: September 18, 2015          BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Justin L. Lee
18 |                                    JUSTIN L. LEE
                                        Assistant U.S. Attorney

## PENALTY SLIP

## United States v. BRYCE BEAVER, CHARLES BEAVER, and SHAROD GIBBONS

**\*\*Charles Beaver & Sharod Gibbons only\*\***

COUNT ONE:     18 U.S.C. § 922(a)(1)(A) – Unlawful Manufacturing and Dealing in Firearms

Fine of up to $250,000, and/or
Imprisonment of up to 5 years, or both
Term of Supervised Release of up to 3 years

COURT ASSESSMENT:  $100


**\*\*Bryce Beaver only\*\***

COUNT TWO:     26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm

Fine of up to $10,000, and/or
Imprisonment of up to 10 years, or both
Term of Supervised Release of up to 3 years

COURT ASSESSMENT:  $100