John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
SHAROD GIBBONS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:15 CR 158 JAM |
|---|---|
| Plaintiff, | ) STIPULATION REGARDING EXCLUDABLE TIME |
| | ) PERIODS UNDER SPEEDY TRIAL ACT; |
| vs. | ) FINDINGS AND ORDER |
| SHAROD GIBBONS, | ) Date:   May 24, 2016 |
| | ) Time:   9:15 a.m. |
| Defendant. | ) Judge:  Honorable John A. Mendez |

The United States of America through its undersigned counsel, Justin Lee, Assistant United States Attorney, together with counsel for defendant Sharod Gibbons, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on April 5, 2016.

2. By this stipulation, the defendant now moves to continue the status conference until May 24, 2016 at 9:15 a.m. and to exclude time between April 5, 2016 and May 24, 2016 under Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

    a.    The United States has produced 29 discs containing photographs, audio files, and video files, as well as one disc containing approximately 180 pages of reports.

1         b.      Counsel for the defendant needs additional time to review
2                   the discovery, conduct investigation, and interview
3                   potential witnesses.
4         c.      Counsel for the defendant believes the failure to grant a
5                   continuance in this case would deny defense counsel
6                   reasonable time necessary for effective preparation, taking
7                   into account the exercise of due diligence.
8         d.      The Government does not object to the continuance.
9         e.      Based on the above-stated findings, the ends of justice
10                 served by granting the requested continuance outweigh the
11                 best interests of the public and the defendant in a speedy
12                 trial within the original date prescribed by the Speedy
13                 Trial Act.
14        f.      For the purpose of computing time under the Speedy Trial
15                 Act, 18 United States Code Section 3161(h)(7)(A) within
16                 which trial must commence, the time period of April 5,
17                 2016, to May 24, 2016, inclusive, is deemed excludable
18                 pursuant to 18 United States Code Section 3161(h)(7)(A) and
19                 (B)(iv), corresponding to Local Code T-4 because it
20                 results from a continuance granted by the Court at the
21                 defendant's request on the basis of the Court's finding
22                 that the ends of justice served by taking such action
23                 outweigh the best interest of the public and the defendant
24                 in a speedy trial.

25

26     4.  Nothing in this stipulation and order shall preclude a finding that
27 other provisions of the Speedy Trial Act dictate that additional time periods
28 are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 17, 2016                    /s/ John R. Manning
                                          JOHN R. MANNING
                                          Attorney for Defendant
                                          Sharod Gibbons

Dated:  March 17, 2016                    Benjamin B. Wagner
                                          United States Attorney

                                          /s/  Justin Lee
                                          JUSTIN LEE
                                          Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  IT IS SO FOUND AND ORDERED this 29th day of March, 2016.         /s/ John A. Mendez

                                          HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE