```
John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
SHAROD GIBBONS
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15 CR 158 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| vs. | |
| SHAROD GIBBONS, | Date:   August 16, 2016 |
| | Time:   9:15 a.m. |
| Defendant. | Judge:  Honorable John A. Mendez |

The United States of America through its undersigned counsel, Justin Lee, Assistant United States Attorney, together with counsel for defendant Sharod Gibbons, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on May 24, 2016.

2. By this stipulation, the defendant now moves to continue the status conference until August 16, 2016 and to exclude time between May 24, 2016 and August 16, 2016 under Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. The United States has produced 29 discs containing photographs, audio files, and video files, as well as one disc containing approximately 180 pages of reports.

1

|   |   |   |
|---|---|---|
| b. | Counsel for the defendant needs additional time to review the discovery, conduct investigation, and interview potential witnesses. |
| c. | Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. |
| d. | The Government does not object to the continuance. |
| e. | Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act. |
| f. | For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of May 24, 2016, to August 16, 2016, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. |

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

        IT IS SO STIPULATED.

Dated:  May 17, 2016                    /s/ John R. Manning
                                        JOHN R. MANNING
                                        Attorney for Defendant
                                        Sharod Gibbons


Dated: May 17, 2016                     Phillip A. Talbert
                                        United States Attorney

                                        /s/  Justin Lee
                                        JUSTIN LEE
                                        Assistant United States Attorney

                              **ORDER**

        The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  IT IS SO FOUND AND ORDERED this 18th day of May, 2016.

                                        /s/ John A. Mendez
                                        HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT