1  John R. Manning
   Attorney at Law
2  1111 H Street, Suite 204
   Sacramento, CA 95814
3  (916) 444-3994
   Fax (916) 447-0931
4  jmanninglaw@yahoo.com

5  Attorney for Defendant
   SHAROD GIBBONS

6

7                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,            ) Case No.: 2:15 CR 158 JAM
                                        )
10                    Plaintiff,        ) STIPULATION REGARDING EXCLUDABLE TIME
                                        ) PERIODS UNDER SPEEDY TRIAL
11 vs.                                  ) ACT;FINDINGS AND ORDER
                                        )
12 SHAROD GIBBONS,                      ) Date:   February 21, 2017
                                        ) Time:   9:15 a.m.
13                    Defendant.        ) Judge:  Honorable John A. Mendez
                                        )
14

15      The United States of America through its undersigned counsel, Justin

16 Lee, Assistant United States Attorney, together with counsel for defendant

17 Sharod Gibbons, John R. Manning, Esq., hereby stipulate the following:

18      1.  By previous order, this matter was set for status conference on

19 December 6, 2016.

20      2.  By this stipulation, the defendant now moves to continue the status

21 conference until February 21, 2017 at 9:15 a.m. and to exclude time between

22 December 6, 2016 and February 21, 2017 under Local Code T-4 (to allow defense

23 counsel time to prepare).

24      3.  The parties agree and stipulate, and request the Court find the

25 following:

26          a.      The United  States has produced 29 discs containing

27                  photographs, audio files, and video files, as well as one

28                  disc containing approximately 180 pages of reports.

1    b.  Counsel for the defendant needs additional time to review

2       the discovery, conduct investigation, and interview

3       potential witnesses.

4    c.  Counsel for the defendant believes the failure to grant a

5       continuance in this case would deny defense counsel

6       reasonable time necessary for effective preparation, taking

7       into account the exercise of due diligence.

8    d.  The Government does not object to the continuance.

9    e.  Based on the above-stated findings, the ends of justice

10       served by granting the requested continuance outweigh the

11       best interests of the public and the defendant in a speedy

12       trial within the original date prescribed by the Speedy

13       Trial Act.

14    f.  For the purpose of computing time under the Speedy Trial

15       Act, 18 United States Code Section 3161(h)(7)(A) within

16       which trial must commence, the time period of December 6,

17       2016, to February 21,2017, inclusive, is deemed excludable

18       pursuant to 18 United States Code Section 3161(h)(7)(A) and

19       (B)(iv), corresponding to Local Code T-4  because it

20       results from a continuance granted by the Court at the

21       defendant's request on the basis of the Court's finding

22       that the ends of justice served by taking such action

23       outweigh the best interest of the public and the defendant

24       in a speedy trial.

25

26  4. Nothing in this stipulation and order shall preclude a finding that

27 other provisions of the Speedy Trial Act dictate that additional time periods

28 are excludable from the period within which a trial must commence.

1      IT IS SO STIPULATED.

2

3    Dated:  November 29, 2016            /s/  John R. Manning
                                          JOHN R. MANNING
                                          Attorney for Defendant
4                                         Sharod Gibbons

5

6    Dated:  November 29, 2016            Phillip A. Talbert
                                          Acting United States Attorney
7
                                          /s/  Justin Lee
8                                         JUSTIN LEE
                                          Assistant United States Attorney
9
                                  **ORDER**
10

11

12        The Court, having received, read, and considered the

13   stipulation of the parties, and good cause appearing therefrom,

14   adopts the stipulation of the parties in its entirety as its

15   order.  IT IS SO FOUND AND ORDERED this 29th day of November,

16   2016.

17

18                                /s/ John A. Mendez
                                  HONORABLE JOHN A. MENDEZ
19                                UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28