John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
SHAROD GIBBONS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15 CR 158 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| vs. | |
| SHAROD GIBBONS, | Date: June 6, 2017 |
| | Time: 9:15 a.m. |
| Defendant. | Judge: Honorable John A. Mendez |

The United States of America through its undersigned counsel, Justin Lee, Assistant United States Attorney, together with counsel for defendant Sharod Gibbons, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on May 9, 2017.

2. By this stipulation, the defendant now moves to continue the status conference until June 6, 2017 at 9:15 a.m., and to exclude time between May 9, 2017 and June 6, 2017 under Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

    a.    The United States has produced 29 discs containing photographs, audio files, and video files, as well as one disc containing approximately 180 pages of reports.

1

| | | |
|---|---|---|
| 1 | b. | Counsel for the defendant needs additional time to review |
| 2 | | the discovery, conduct investigation, and interview |
| 3 | | potential witnesses. |
| 4 | | Mr. Gibbons was arrested and charged with Evading a Police |
| 5 | | Office in State court at the end of April 2017.  He has |
| 6 | | made an initial appearance in the State court matter, but |
| 7 | | has not yet met with his appointed counsel, nor had an |
| 8 | | opportunity to review the discovery, in that matter.  His |
| 9 | | next court date in the State court matter is May 31, 2017. |
| 10 | | Both Mr. Gibbons and I need additional time to review the |
| 11 | | material related to the State court matter and discuss the |
| 12 | | matter with his as yet unknown appointed counsel. |
| 13 | c. | Counsel for the defendant believes the failure to grant a |
| 14 | | continuance in this case would deny defense counsel |
| 15 | | reasonable time necessary for effective preparation, taking |
| 16 | | into account the exercise of due diligence. |
| 17 | d. | The Government does not object to the continuance. |
| 18 | e. | Based on the above-stated findings, the ends of justice |
| 19 | | served by granting the requested continuance outweigh the |
| 20 | | best interests of the public and the defendant in a speedy |
| 21 | | trial within the original date prescribed by the Speedy |
| 22 | | Trial Act. |
| 23 | f. | For the purpose of computing time under the Speedy Trial |
| 24 | | Act, 18 United States Code Section 3161(h)(7)(A) within |
| 25 | | which trial must commence, the time period of May 9, |
| 26 | | 2017, to June 6, 2017, inclusive, is deemed excludable |
| 27 | | pursuant to 18 United States Code Section 3161(h)(7)(A) and |
| 28 | | (B)(iv), corresponding to Local Code T-4  because it |

results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 8, 2017 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Sharod Gibbons

Dated: May 8, 2017 Phillip A. Talbert
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. IT IS SO FOUND AND ORDERED this 8th day of May, 2017.

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE