JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
SHAROD GIBBONS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-15-158 JAM |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING |
| SHAROD GIBBONS, | ) ) ) | Date: November 28, 2017 Time: 9:15 a.m. Judge: Honorable John A. Mendez |
| Defendant. | ) ) ) ) ) | |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for October 24, 2017. Counsel for the parties request the date for judgment and sentencing be continued to November 28, 2017 at 9:15 a.m. Assistant U.S. Attorney Justin Lee has been advised of this request and has no objection. U.S. Probation has also been advised of this request. The parties request the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**                         **11/28/17**

Reply, or Statement of Non-Opposition:                     11/21/17

Motion for Correction of the Presentence Report
Shall be filed with the Court and served on the
Probation Officer and opposing counsel no later than:     11/14/17

1

The Presentence Report shall be filed with the Court
And disclosed to counsel no later than: n/a

Counsel's written objections to the Presentence Report
Shall be delivered to the probation officer and opposing
Counsel no later than: n/a

The Presentence Report shall be filed with the Court
And disclosed to counsel no later than: n/a

IT IS SO STIPULATED.

Dated: October 3, 2017 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Sharod Gibbons

Dated: October 3, 2017 Phillip A. Talbert
United States Attorney

by: /s/ Justin Lee
JUSTIN LEE
Assistant U.S. Attorney

## ORDER

IT IS SO FOUND AND ORDERED this 3rd day of October, 2017

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge